

# JOHNSON, CASSIDY, NEWLON & DECORT

## ATTORNEYS AT LAW

Nicole D. Newlon

E-mail: nnewlon@jclaw.com
Direct Dial: 813-699-4858

November 12, 2021

FILED _____
LODGED _____  **MAIL**
RECEIVED _____

Clerk of the United States District Court
United States District Court, Western District of Washington
U.S. District Court Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

**MC21-116**

NOV 15 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**Re: Securities and Exchange Commission v. Harbor City Capital Corp.,
Case No. 6:21-cv-694-CEM-DCI (M.D. Fla.)**

Dear Clerk of the Court:

I represent Katherine C. Donlon, the court-appointed receiver (the "Receiver") in the above referenced matter, which is pending in the U.S. District Court for the Middle District of Florida (the "M.D. Fla. Receivership"). To obtain jurisdiction over property located in other districts, the Receiver must "within ten days after the entry of his order of appointment, file copies of the complaint and such order of appointment in the district court for each district in which property is located." 28 U.S.C. § 754.

Enclosed pursuant to 28 U.S.C. § 754, please find the following documents from the Middle District of Florida Receivership:
- a copy of the Complaint;
- the proposed Order adopting the Report and Recommendation to appoint a Receiver and the Order granting the Plaintiff's Unopposed Motion for Appointment of Receiver (Appointment Order), as well as the Report and Recommendation and the Proposed Order thereby adopted.

For reference, I have also enclosed a copy of the docket sheet, showing all parties and their counsel. Finally, I have enclosed a check in the amount of $49.00 for any filing fee.

The Complaint and Appointment Order are to be filed as a miscellaneous action pursuant to 28 U.S.C. § 754. Although I have enclosed a check in the amount of $49.00, it my understanding that because the Securities and Exchange Commission is a federal government entity and secured the appointment of the Receiver, the filing fee may be waived. Accordingly, I ask that you waive the filing fee and return the enclosed check.

Aside from docketing the Complaint and Appointment Order pursuant to 28 U.S.C. §754, neither the Clerk nor the Court need take any additional action. If you have any questions, please do not hesitate to contact me.

Clerk of the Court
United States District Court, Western District of Washington
November 12, 2021
Page 2

                                                  Sincerely,

                                                  JOHNSON, CASSIDY, NEWLON & DECORT, P.A.

                                                  /S NICOLE DEESE NEWLON

                                                  Nicole D. Newlon

NDN
Enclosures

cc:    Katherine C. Donlon, Receiver